```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08028
  MIKE I TROTTER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-4783


-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/07/06 and confirmed on 09/14/06.

     2.  The case was dismissed after confirmation, 05/09/2008.

     3.  The Debtor paid a total of $    3900.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
FAIRLANE CREDIT LLC      SECURED VEHIC    7925.00         428.25        1473.46
CAB SERVICES INC         UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK         UNSECURED        1348.96           .00            .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC      UNSECURED        1449.71           .00            .00
KCA FINANCIAL SERVICES   UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS IN UNSECURED       NOT FILED          .00            .00
USA CONSUMER CREDIT      UNSECURED       NOT FILED          .00            .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED          .00            .00
FAIRLANE CREDIT LLC      UNSECURED       13395.60           .00          28.08
           Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  7925.00          .00       16194.27         .00      24119.27
PRINCIPAL PAID      1473.46          .00          28.08         .00       1501.54
INTEREST PAID        428.25          .00            .00         .00        428.25
TOTAL PAID          1901.71          .00          28.08         .00       1929.79
The Debtor's attorney, LEEDERS & ASSOC LTD              , was allowed $   3000.00
and was paid $    726.00  direct and $   1806.42  through the plan.

The Trustee received $    163.79 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/20/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```